GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street, 5th Floor
P.O. Box 45029
Newark, NJ 07101
Attorney for Defendants,
    Gurbir S. Grewal, and Patrick J. Callahan

By:   Bryan Edward Lucas (ID: 108462015)
       Deputy Attorney General
       (973) 648-7811
       Bryan.Lucas@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON VICINAGE**

| | |
|---|---|
| FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION, NEW JERSEY FRATERNAL ORDER OF POLICE, RICHARD BOWEN, JOSEPH JAKUBIEC, and CHRISTOPHER MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of the State of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>Defendants. | Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>Docket No. 3:20-cv-05762-MAS-TJB<br><br>**CIVIL ACTION**<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>**(ELECTRONICALLY FILED)** |

To:  United States District Court
     District of NJ – Trenton Vicinage
     Clarkson S. Fisher Building & U.S. Courthouse
     402 East State Street
     Trenton, NJ 08608

     Blair A. Gerold, Esq.
     Blank Rome LLP
     1 Logan Square
     Philadelphia, PA 19103

     Michael Ray Darbee, Esq.
     Nicholas C. Harbist, Esq.
     Stephen M. Orlofsky, Esq.
     Blank Rome LLP
     300 Carnegie Center, Suite 220
     Princeton, NJ 08540

**PLEASE TAKE NOTICE** that on **September 8, 2020,** or as soon thereafter as counsel may be heard, the undersigned attorney for the Defendants, Gurbir S. Grewal and Patrick J. Callahan, will move before the Honorable Michael A. Shipp, U.S.D.J., for an Order dismissing all claims against these Defendants pursuant to Fed. R. Civ. P. 12(b)(6);

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached brief in support of the motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Civ. P. 78, oral argument is not requested.

A proposed form of Order is attached.

                                      GURBIR S. GREWAL
                                      ATTORNEY GENERAL OF NEW JERSEY

                  By:   <u>/s/ Bryan Edward Lucas</u>
                         Bryan Edward Lucas
                         Deputy Attorney General

DATE: July 27, 2020