UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION, NEW JERSEY FRATERNAL ORDER OF POLICE, RICHARD BOWEN, JOSEPH JAKUBIEC, and CHRISTOPHER MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of the State of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>Defendants. | Case No. 3:20-cv-05762-MAS-TJB |

**NOTICE OF MOTION OF THE NATIONAL RIFLE ASSOCIATION OF AMERICA, INC. AND ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC. TO FILE AN AMICUS CURIAE BRIEF IN OPPOSITION TO THE DEFENDANTS' MOTION TO DISMISS.**

PLEASE TAKE NOTICE that at the Court's earliest availability, in accordance with L. Civ. R. 7.1(b) The National Rifle Association of America, Inc. and Association of New Jersey Rifle & Pistol Clubs, Inc. (collectively "Amici") will move this court to file the attached Proposed Amicus Curiae Brief in opposition to the Defendants' Motion to Dismiss (DKT 10). Amici do not seek to participate in

oral argument, discovery, or any other aspect of the case. Amici only seek to file the attached Proposed Amicus Curiae Brief.

PLEASE TAKE FURTHER NOTICE that Amici submit a separate brief in support of this motion under L. Civ. R. 7.1(d), 7.2; a proposed order under L. Civ. R. 7.1(e); corporate disclosure statements under Fed. R. Civ. P. 7.1(a); and the Proposed Amicus Curiae Brief.

Amici respectfully request that the Court grant them leave to file the attached Proposed Amicus Curiae Brief.

**ALL COUNSEL CONSENT TO THE RELIEF
REQUESTED IN THE WITHIN MOTION**

Dated this 4th day of September, 2020.    Respectfully submitted

/S/ DANIEL L. SCHMUTTER
Daniel L. Schmutter

DANIEL L. SCHMUTTER
HARTMAN & WINNICKI, P.C.
74 Passaic Street
Ridgewood, NJ 07450
(201) 967-8040
dschmutter@hartmanwinnicki.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2020, I electronically filed the foregoing with the Clerk of the United States District Court for the District of New Jersey by using the Courts CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/S/ DANIEL L. SCHMUTTER<br>
Daniel L. Schmutter