

| | State of New Jersey | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 116<br>TRENTON, NJ 08625-0116 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

October 13, 2020

**Via Electronic Filing (CM/ECF)**
Hon. Michael A. Shipp, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State St.
Trenton, NJ 08608

    Re: <u>Federal Law Enforcement Officers Ass'n v. Grewal.</u>
        Civil Action No. 3:20-CV-05762-MAS-TJB
        DOL# 20-01196

Dear Judge Shipp:

    This office represents Defendants Gurbir S. Grewal and Patrick J. Callahan in the above matter.

    This office filed a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on July 27, 2020. Defendants now write to voluntarily withdraw, without prejudice, the pending motion to dismiss in favor of proceeding with discovery in this matter. Defendants reserve the right to reassert the arguments set forth in the motion to dismiss at a later stage in this litigation. With the consent of my adversary, I also request that the deadline to file Defendants' answer be set for October 27, 2020.

    Thank you very much for your attention to this matter.



HUGHES JUSTICE COMPLEX • TELEPHONE: (973) 648-7811 • FAX: (973) 648-7782
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

October 13, 2020
Page 2

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: /s/  Bryan Edward Lucas
    Bryan Edward Lucas
    Deputy Attorney General
    (108462015)

cc: Nicholas C. Harbist, Esq.
    Stephen M. Orlofsky, Esq.
    Michael R. Darbee, Esq.
    Blair A. Gerold, Esq.