

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0116

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

February 18, 2021

**Via Electronic Filing (CM/ECF)**
Hon. Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 E. State St.
Trenton, NJ 08608

    Re:  *Federal Law Enforcement Officers Ass'n v. Grewal*
          Civil Action No. 3:20-CV-05762-MAS-TJB

Dear Judge Bongiovanni:

    I represent Defendants Gurbir S. Grewal and Patrick J. Callahan in the above matter. After the Initial Pretrial Conference held on December 1, 2020, Your Honor ordered that service of responses to written discovery were too be provided no later than February 19, 2021. Despite this office's best efforts, Defendants will be unable to provide discovery responses by tomorrow. Defendants request a two week extension of this deadline, to March 5, 2021. My adversary has kindly consented to this request. Thank you very much for your attention to this matter.

                Respectfully submitted,

                GURBIR S. GREWAL
                ATTORNEY GENERAL OF NEW JERSEY

        By: /s/ Bryan Edward Lucas
             Bryan Edward Lucas
             Deputy Attorney General (108462015)

cc: All Counsel of Record    **(Via Electronic Filing)**



R.J. HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-3232 • FAX: (609) 292-0690
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*