

| | **State of New Jersey** | |
|---|---|---|
| Philip D. Murphy<br>*Governor* | Office of the Attorney General<br>Department of Law and Public Safety<br>Division of Law<br>25 Market Street<br>PO Box 112<br>Trenton, NJ 08625-0112 | Gurbir S. Grewal<br>*Attorney General*<br><br>Michelle L. Miller<br>*Director* |
| Sheila Y. Oliver<br>*Lt. Governor* | | |

April 13, 2021

**VIA ECF**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Federal Bldg.
    & U.S. Courthouse
402 East State Street
Trenton. New Jersey 08608
(609) 989-2065

>    Re:  Federal Law Enforcement Officers Association, et
>         al. v. Gurbir Grewal, et al.
>         Civil Action No.: 20-05762 (MAS-TJB)

Dear Judge Bongiovanni:

   This office represents the Defendants in the above-referenced matter. We write briefly to respond to Plaintiffs' letter of earlier today and in advance of our status conference with your Honor on Thursday.

   Defendants maintain that they are within their rights to seek the deposition testimony of the named Plaintiffs in order to fully investigate the claims alleged in the Complaint, including, but not limited to whether Plaintiffs meet the various qualifications to be considered a qualified retired law enforcement officer as that term is used under LEOSA and whether they meet the firearms qualifications as well. Under *Fed. R. Civ. P.* 26(c)(1) simply stating that the taking of such testimony would be "duplicative and irrelevant" is insufficient to deny a party the opportunity to depose a claimant.

   We ask that Plaintiffs' request to file a motion for summary judgment be denied and a settlement conference mediated by your Honor be scheduled in an effort to resolve the outstanding issues without the need for motion practice.

Hughes Justice Complex • Telephone: (609) 376-2998 • Fax: (609) 777-3607
Email: tasha.bradt@dol.lps.state.nj.us
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

April 13, 2021
Page 2

Thank you for your attention in this matter.

Respectfully Submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY


By: *s/Tasha Marie Bradt*
Tasha Marie Bradt
Deputy Attorney General


C: Stephen M. Orlofsky, Esq.
Nicholas C. Harbist, Esq.
Michael R. Darbee, Esq.
Blair A. Gerold, Esq.