

## State of New Jersey

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 112
TRENTON, NJ 08625-0112

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

June 2, 2021

**VIA ECF**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
Clarkson S. Fisher Federal Bldg.
    & U.S. Courthouse
402 East State Street
Trenton. New Jersey 08608
(609) 989-2065

> Re:  Federal Law Enforcement Officers Association, et al. v. Gurbir Grewal, et al.
>      Civil Action No.: 20-05762 (MAS-TJB)

Dear Judge Bongiovanni:

This office represents the Defendants in the above-referenced matter. Defendants respectfully request the court enter the below schedule for the remaining motion practice in this matter. Plaintiffs' counsel, Stephen M. Orlofsky, Esq., Nicholas C. Harbist, Esq, and Michael R. Darbee, Esq., have graciously consented to this proposed motion schedule.

- Defendants' Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment due on June 28, 2021; and
- Plaintiffs' Reply to Defendants' Opposition and Opposition to Defendants' Cross-Motion due on July 19.

Thank you for your attention in this matter.



HUGHES JUSTICE COMPLEX • TELEPHONE: (609) 376-2998 • FAX: (609) 777-3607
Email: tasha.bradt@dol.lps.state.nj.us
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

June 2, 2021
Page 2

Respectfully Submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY


By: *s/Tasha Marie Bradt*
Tasha Marie Bradt
Deputy Attorney General


C:  Stephen M. Orlofsky, Esq.
    Nicholas C. Harbist, Esq.
    Michael R. Darbee, Esq.
    Blair A. Gerold, Esq.