**BLANK ROME LLP**
*A Pennsylvania LLP*
Stephen M. Orlofsky
Nicholas C. Harbist
New Jersey Resident Partners
Michael R. Darbee
Blair A. Gerold
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Facsimile: (609) 897-7286
Orlofsky@BlankRome.com
Harbist@BlankRome.com
MDarbee@BlankRome.com
BGerold@BlankRome.com
*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of the State of New Jersey, et al., <br><br> Defendants. | Civil Action No. 3:20-cv-05762-ZNQ-TJB <br><br><br><br> **DISCLOSURE REGARDING THIRD PARTY LITIGATION FUNDING** <br><br> *(L. Civ. R. 7.1.1)* |

Plaintiffs, Federal Law Enforcement Officers Association, New Jersey Fraternal Order of Police, Richard Bowen, Joseph Jakubiec, and Christopher Martinez, through their undersigned counsel, Stephen M. Orlofsky, Esq., of the law

firm Blank Rome LLP, make the following Disclosure Regarding Third-Party

Litigation Funding pursuant to L. Civ. R. 7.1.1:

> There is no person or entity not a party to this action providing funding for any portion of any Plaintiff's attorneys' fees and/or expenses for this litigation on a non-recourse basis in exchange for either: (1) a contingent financial interest based upon the results of the litigation; or (2) a non-monetary result that is not in the nature of a personal or bank loan, or insurance.

Dated: August 4, 2021          */s/ Stephen M. Orlofsky*

**BLANK ROME LLP**
*A Pennsylvania LLP*
Stephen M. Orlofsky
Nicholas C. Harbist
New Jersey Resident Partners
Michael R. Darbee
Blair A. Gerold
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Facsimile: (609) 897-7286
Orlofsky@BlankRome.com
Harbist@BlankRome.com
MDarbee@BlankRome.com
BGerold@BlankRome.com
*Attorneys for Plaintiffs*