

|  | **State of New Jersey** |  |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>25 MARKET STREET<br>PO Box 112<br>TRENTON, NJ 08625-0116 | ANDREW J. BRUCK<br>*Acting Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* |  | MICHELLE L. MILLER<br>*Director* |

August 12, 2021

**<u>Via Electronic Filing (CM/ECF)</u>**
Hon. Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re: *Federal Law Enforcement Officers Ass'n v. Bruck*
         Civil Action No. 3:20-cv-05762-ZNQ-TJB

Dear Judge Quraishi:

    I represent Defendants Andrew J. Bruck and Patrick J. Callahan in the above matter. I am writing to advise that Defendants do not oppose Plaintiffs' motion to seal, filed on August 9, 2021. *See* ECF No. 50. Thank you very much for your attention to this matter.

         Respectfully submitted,

         GURBIR S. GREWAL
         ATTORNEY GENERAL OF NEW JERSEY

      By: <u>/s/ Bryan Edward Lucas</u>
          Bryan Edward Lucas
          Deputy Attorney General (108462015)

cc: All Counsel of Record    **(Via Electronic Filing)**

