AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| Federal Law Enforcement Officers Ass'n et al. )<br>*Plaintiff* )<br>v. )<br>Andrew J. Bruck et al. )<br>*Defendant* ) | Case No.  3:20-cv-05762 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Andrew J. Bruck and Patrick J. Callahan.

Date:  01/28/2022

/s Tim Sheehan
*Attorney's signature*

Tim Sheehan (NJ #179892016)
*Printed name and bar number*
New Jersey Attorney General's Office
124 Halsey Street, 5th Floor
Newark, NJ 07102

*Address*

tim.sheehan@law.njoag.gov
*E-mail address*

(609) 815-2604
*Telephone number*

*FAX number*