MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants,
    Matthew J. Platkin and Patrick J. Callahan

By:   Tim Sheehan (ID: 179892016)
      Deputy Attorney General
      (609) 815-2604
      Tim.Sheehan@law.njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION, NEW JERSEY FRATERNAL ORDER OF POLICE, RICHARD BOWEN, JOSEPH JAKUBIEC, and CHRISTOPHER MARTINEZ,<br><br>               Plaintiffs,<br>   v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of the State of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>               Defendants. | Hon. Zahid N. Quraishi, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>Civil Action No. 3:20-cv-05762-ZNQ-TJB<br><br>**NOTICE OF MOTION FOR STAY PENDING APPEAL** |

PLEASE TAKE NOTICE that on August 1, 2022, or as soon as counsel may be heard, the undersigned, Matthew J. Platkin, Acting Attorney General of New Jersey, by Tim Sheehan, Deputy Attorney General, on behalf of Defendants, Matthew J. Platkin and Patrick J. Callahan, shall move before the Honorable Zahid N. Quraishi, U.S.D.J., in the United States Courthouse, Trenton, New Jersey, for a stay pending appeal of the District Court's June 21, 2022 Order and Opinion (ECF 60 & 61).

PLEASE TAKE NOTICE that the undersigned will rely on the attached Brief and Declarations of Edwin Lee, Jr., Charles Bogdan, and Rebecca Velez in support of the motion.

A proposed form of Order is attached hereto.

                                            MATTHEW J. PLATKIN
                                            ACTING ATTORNEY GENERAL
                                            OF NEW JERSEY

By:   /s/ Tim Sheehan
       Tim Sheehan
       Deputy Attorney General

Dated:  June 30, 2022