MATTHEW J. PLATKIN
ACTING ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants,
    Matthew J. Platkin and Patrick J. Callahan

By:  Tim Sheehan (ID: 179892016)
     Deputy Attorney General
     (609) 815-2604
     Tim.Sheehan@law.njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION, NEW JERSEY FRATERNAL ORDER OF POLICE, RICHARD BOWEN, JOSEPH JAKUBIEC, and CHRISTOPHER MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>MATTHEW J. PLATKIN, in his official capacity as Acting Attorney General of the State of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>Defendants. | Hon. Zahid N. Quraishi, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>Civil Action No. 3:20-cv-05762<br><br>**DECLARATION OF DSFC CHARLES BOGDAN** |

I, Charles Bogdan, of full age, hereby certify as follows:

1. I am a citizen of the United States and a resident of New Jersey.

2. I am over 21 years of age.

3. I have personal knowledge of the matters set forth herein and am authorized to make the following statement.

4. I hold the rank of Detective Sergeant First Class with the New Jersey State Police ("NJSP") and am currently assigned to the Firearms Investigation Unit ("FIU").

5. In that role, I oversee FIU's review of Retired Police Officer Permit ("RPO Permit") applications. A retired New Jersey law enforcement officer with a valid RPO permit may concealed carry in New Jersey for one year.

6. In an average year, FIU processes approximately 12,000 RPO permit applications. In 2021, for example, FIU processed 11,858 applications.

7. RPO permits must be renewed annually.

8. The FIU review process of initial applications and renewal applications — which ensures applicants pass the relevant criminal background check, satisfy applicable mental health standards, and possess the necessary certification in firearms training under State law, among other things — is described in detail in my Declaration of June 14, 2021 (ECF 41-6), attached as Ex. A.

9. On June 21, 2022, this Court issued an opinion and order enjoining the State from enforcing its RPO permitting regime and announcing that any retired law enforcement officer who satisfies the minimum standards of the federal Law Enforcement Officers Safety Act may concealed carry and carry hollow point ammunition in New Jersey without an RPO permit, regardless of their residence or the agency from which they retired.

10. Since June 21, 2022, FIU has been inundated with questions from prospective, current, and former applicants for RPO Permits about the effect of the Court's injunction. The numerous retired law enforcement officers that have been calling FIU have, among other things, been seeking NJSP's confirmation that, going forward, they can plan to concealed carry in New Jersey without an RPO permit — and without facing a threat of prosecution or legal sanction, which they would have faced under New Jersey's permitting regime of the past 25 years.

11. I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 27, 2022

DSFC Charles Bogdan<br>
New Jersey State Police<br>
Badge #6545

# EXHIBIT A

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
P.O. Box 112
Trenton, New Jersey 08625
Attorney for Defendants,
    Gurbir S. Grewal, and Patrick J. Callahan

By:   Tasha Bradt (ID: 157222015)
      Deputy Attorney General
      (609) 376-3998
      Tasha.Bradt@law.njoag.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION, NEW JERSEY FRATERNAL ORDER OF POLICE, RICHARD BOWEN, JOSEPH JAKUBIEC, and CHRISTOPHER MARTINEZ,<br><br>              Plaintiffs,<br>v.<br><br>GURBIR GREWAL, in his official capacity as Attorney General of the State of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey State Police,<br><br>              Defendants. | Hon. Michael A. Shipp, U.S.D.J.<br>Hon. Tonianne J. Bongiovanni, U.S.M.J.<br><br>Civil Action No. 3:20-cv-05762<br><br>**DECLARATION OF DSFC CHARLES BOGDAN** |

I, Charles Bogdan, of full age, hereby certify as follows:

1. I am a citizen of the United States and a resident of New Jersey.

2. I am over 21 years of age.

3. I have personal knowledge of the matters set forth herein and am authorized to make the following statement.

4. I hold the rank of Detective Sergeant First Class with the New Jersey State Police ("NJSP") and am currently assigned to the Firearms Investigation Unit ("FIU").

5. One of my duties as a Detective Sergeant First Class in FIU is to review Retired Police Officer Permit ("RPO Permit") applications. An initial application for an RPO Permit must include a form SP-232.

6. This form allows FIU to confirm that the retired officer separated from service with their former agency in good standing and the dates of the retired officer's service with that agency.

7. As part of the initial application, the FIU conducts a criminal background check on the applicant to ensure the applicant is not subject to a disqualification from possessing a firearm pursuant to N.J. Stat. Ann. § 2C:58-3(c).

8. Applicants must also include form SP-66, a waiver permitting FIU to access the applicant's mental health records.

9. Retired officers who separated due to a disability may also be required to sign a waiver in order for FIU to access their pension information to determine whether the separation was due to a physical or mental disability.

10. Pursuant to N.J. Stat. Ann. § 2C:39-6(l), applicants must additionally submit documentation confirming they have met the active duty firearms qualifications standards for law enforcement officers in the State of New Jersey for the firearm(s) they want to carry.

11. The documentation must list the name of the instructor with whom the applicant certified and the firearm(s) the retired officer qualified with.

12. All private firearms instructors in the State of New Jersey are certified through the NJSP in accordance with N.J. Admin. Code § 13:54-7.1.

13. Providing the name of the instructor the retired officer certified with is necessary to verify that the instructor is certified with the State of New Jersey to issue such documentation.

14. RPO Permits are valid for one year.

15. To renew their RPO Permit, retired officers must submit a form SP-232a and a form SP-66 to the FIU.

16. Form SP-232a requires the officer to confirm they are not subject to any automatic disqualifier from possessing a firearm under state law.

17. As part of the yearly renewal process, FIU conducts an updated criminal background investigation of the applicant and an updated assessment of their mental health records.

18. Finally, applicants must submit a certification confirming that they continue to meet the certification standards required by the State of New Jersey for the firearm(s) they are permitted to carry.

19. As with the initial application, FIU separately confirms that the firearms instructor is certified with NJSP to issue firearms certifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 14, 2021

                                                               DSFC Charles Bogdan
                                                               New Jersey State Police
                                                                       Badge #6545