# BLANKROME

300 Carnegie Center | Suite 220 | Princeton, NJ 08540

A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner

blankrome.com

*Phone:*  (609) 750-2991
*Fax:*    (609) 897-7442
*Email:*  Nicholas.Harbist@BlankRome.com

July 5, 2022

**VIA ECF**
Honorable Zahid N. Quraishi
United States District Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> Re: Fed. Law Enforcement Officers Ass'n, et al. v. Grewal, et al.
> Civil Action No.: 3:20-cv-05762-ZNQ-TJB

Dear Judge Quraishi:

    We represent Plaintiffs in the above-captioned action. Enclosed is a proposed consent order for Your Honor's consideration, which would extend the time for Plaintiffs to file a motion for attorneys' fees under 42 U.S.C. § 1988 and Local Civil Rule 54.2 until 45 days after the Third Circuit issues a mandate on the State's appeal of Your Honor's June 21, 2022 Order. If the enclosed meets with Your Honor's approval, we respectfully request that it be entered as an Order on the docket.

Respectfully submitted,

*/s/ Nicholas C. Harbist*

Nicholas C. Harbist

NCH/jll
Enclosure

cc: Counsel of record (via ECF)
    Honorable Tonianne J. Bongiovanni, U.S.M.J. (via email)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GURBIR GREWAL, in his official capacity as Attorney General of the State of New Jersey, et al., <br><br> Defendants. | Civil Action No. 3:20-cv-05762-ZNQ-TJB <br><br><br> **CONSENT ORDER** |

**THIS MATTER** having been opened to the Court on application of Nicholas C. Harbist, Esq., of the law firm Blank Rome LLP, as counsel for Plaintiffs; and Matthew J. Platkin, Esq., Acting Attorney General of the State of New Jersey, through his Assistant Attorney General, Joseph Fanaroff, Esq., as counsel for Defendants; and the parties having agreed to the following Consent Order; and for other good cause shown:

**WHEREAS**, on June 21, 2022, the Court entered summary judgment in favor of Plaintiffs on Count One (alleging violations of 42 U.S.C. § 1983) and Count Two (seeking a declaratory judgment under 28 U.S.C. § 2201) of their Complaint;

**WHEREAS**, 42 U.S.C. § 1988 provides, in relevant part, that the Court may award a reasonable attorneys' fee to the prevailing party in an action to enforce 42 U.S.C. § 1983;

**WHEREAS**, under Rule 54 of the Federal Rules of Civil Procedure and Rule 54.2 of the Local Civil Rules for the District of New Jersey, the time for Plaintiffs to file a motion for attorneys' fees must be made within thirty days of the entry of the judgment or order, unless extended by the Court;

**WHEREAS**, on June 30, 2022, Defendants filed a Notice of Appeal of the Court's June 21, 2022 Order with the United States Court of Appeals for the Third Circuit;

**WHEREAS**, the parties wish to avoid briefing on a motion for attorneys' fees when that motion may be substantially affected by the outcome of Defendants' anticipated appeal;

**WHEREAS**, the parties consent to extend the time for Plaintiffs to file a motion for attorneys' fees until forty-five days after the United States Court of Appeals for the Third Circuit issues a mandate on Defendants' appeal.

**NOW, THEREFORE**, it is on this ___ day of _____ 2022, **ORDERED** that the time for Plaintiff to file a motion for attorneys' fees shall be extended until forty-five days after the United States Court of Appeals for the Third Circuit issues a mandate on Defendants' appeal.

_____
HONORABLE ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE

*************

The parties consent to the entry of the foregoing Order.

| | |
|---|---|
| *s/ Nicholas C. Harbist* | *s/ Joseph C. Fanaroff* |
| **BLANK ROME LLP** | Matthew J. Platkin, Esq. |
| *A Pennsylvania LLP* | ATTORNEY GENERAL OF NEW JERSEY |
| Stephen M. Orlofsky | R.J. Hughes Justice Complex |
| Nicholas C. Harbist | 25 Market Street |
| New Jersey Resident Partners | P.O. Box 112 |
| Michael R. Darbee | Trenton, New Jersey 08625 |
| Blair A. Gerold | |
| 300 Carnegie Center, Suite 220 | By |
| Princeton, NJ 08540 | Joseph C. Fanaroff |
| Telephone: (609) 750-2646 | Assistant Attorney General |
| Facsimile: (609) 897-7286 | Joseph.Fanaroff@njoag.gov |
| Orlofsky@BlankRome.com | Telephone: (609) 376-3201 |
| Harbist@BlankRome.com | |
| MDarbee@BlankRome.com | |
| BGerold@BlankRome.com | |
| *Attorneys for Plaintiffs* | |