UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 22-2209
_____

FEDERAL LAW ENFORCEMENT OFFICERS ASSOCIATION;
NEW JERSEY FRATERNAL ORDER OF POLICE;
RICHARD BOWEN;
JOSEPH JAKUBIEC;
CHRISTOPHER MARTINEZ

v.

ATTORNEY GENERAL NEW JERSEY;
SUPERINTENDENT NEW JERSEY STATE POLICE,
                                              Appellants
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 3-20-cv-05762)
District Judge: Honorable Zahid N. Quraishi

Argued on March 30, 2023

Before MATEY, FREEMAN, and FUENTES, *Circuit Judges*

## JUDGMENT

This cause came to be heard on the record before the United States District Court for the District of New Jersey and was argued on March 30, 2023.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the order of the District Court entered June 21, 2022, is hereby **AFFIRMED**. Costs shall be taxed against Appellants.

2

All of the above in accordance with the Opinion of this Court.

          ATTEST:

          s/ Patricia S. Dodszuweit
          Clerk

Dated:  February 14, 2024