

## State of New Jersey

| | OFFICE OF THE ATTORNEY GENERAL | |
|---|---|---|
| PHILIP D. MURPHY | DEPARTMENT OF LAW AND PUBLIC SAFETY | MATTHEW J. PLATKIN |
| *Governor* | PO BOX 080 | *Attorney General* |
| | TRENTON, NJ 08625-0080 | |
| TAHESHA L. WAY | | |
| *Lt. Governor* | | |

Hon. Zahid N. Quraishi
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608
609-989-2065

      **Re: Case no. 20-5762,** *Federal Law Enforcement Officers Association v. Platkin.*

Dear Judge Quraishi:

     Pursuant to the Third Circuit's decision of February 14, 2024, which affirmed this Court's opinion and order in this case of June 21, 2022, counsel for defendants, on behalf of counsel for both plaintiffs and defendants, submit a joint proposed consent order regarding attorney's fees and costs under 42 U.S.C. § 1988.

                           Respectfully yours,

                           MATTHEW J. PLATKIN
                         ATTORNEY GENERAL OF NEW JERSEY

        By:   */s/* Nathaniel I. Levy
                Nathaniel I. Levy
                Deputy Attorney General

cc: all counsel (via CM/ECF)

