

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
PO BOX 080
TRENTON, NJ 08625-0080

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

Hon. Zahid N. Quraishi
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608
609-989-2065

        **Re: Case no. 20-5762, *Federal Law Enforcement Officers Association v. Platkin.***

Dear Judge Quraishi:

      Pursuant to the Third Circuit's decision of February 14, 2024, which affirmed this Court's opinion and order in this case of June 21, 2022, counsel for defendants, on behalf of counsel for both plaintiffs and defendants, submit a corrected joint proposed consent order regarding attorney's fees and costs under 42 U.S.C. § 1988. The version of the proposed order previously submitted contained an incorrect amount in costs by ten cents.

                                                      Respectfully yours,

                                                      MATTHEW J. PLATKIN
                                                      ATTORNEY GENERAL OF NEW JERSEY

                           By:   /s/ Nathaniel I. Levy
                                  Nathaniel I. Levy
                                  Deputy Attorney General

cc: all counsel (via CM/ECF)



HUGHES JUSTICE COMPLEX · TELEPHONE: (609)292-4925 · FAX: (609)292-3508
*New Jersey is an Equal Opportunity Employer · Printed on Recycled Paper and Recyclable*